UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-2151

_____

UNITED STATES OF AMERICA

v.

KENNETH SMUKLER,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-17-cr-00563-002)

_____

SUR PETITION FOR PANEL REHEARING

_____

Before: JORDAN, MATEY and ROTH, *Circuit Judges*.


The petition for panel rehearing filed by Appellant in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, it is hereby

**ORDERED** that the petition for rehearing by the panel is **GRANTED**. The opinion and

judgment entered on January 26, 2021, are hereby **VACATED**. An amended opinion and

judgment will be filed contemporaneously with this order.

BY THE COURT,


s/ Paul B. Matey
Circuit Judge


DATED: March 19, 2021
PDB/cc: All Counsel of Record